

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Cornell Witcher, Appellant

No. 06-20-00040-CR      v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 18F1367-202). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and *Justice Carter participating. *Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect the offense for which the defendant was convicted as "continuous sexual abuse of a young child" and to reflect the statute of offense as Section 21.02(b) of the Texas Penal Code. As modified, the judgment of the trial court is affirmed.

We further order that the Appellant pay all costs of this appeal.

RENDERED MARCH 4, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk